# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYNTHIA BIGGS EL** : | | CIVIL ACTION |
| *Plaintiff*, : | | |
| : | | |
| v. : | | |
| : | | |
| **HOSPITAL OF THE UNIVERSITY OF** : | | NO.  25-cv-2464 |
| **PENNSYLVANIA, et al,** : | | |
| *Defendants*. : | | |

# ORDER

AND NOW, this **7th** day of **August 2025**, upon review of the docket and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that above-captioned case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Clerk of Court is directed to close the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**